**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **CASE NO.:** 23-03212 | **CASE:** Andreina Gamez Rodriguez v. Fuentes, et al. |
| **WITNESSES:** | **JUDGE:** The Honorable Marvin Isgur |
| 1. Andreina Gamez Rodriguez<br>2. Any witness called or listed by any other party; and<br>3. Any rebuttal and/or impeachment witnesses | **DATE:** March 6, 2024 at 9:00 a.m. |
| | **ATTORNEY'S PHONE NO:** 713.658.1818 |

| NATURE OF PROCEEDINGS ||
|---|---|
| **PLEADING** | **DOCKET NUMBER** |
| **Motion to Dismiss Case for Failure to State a Claim** | ECF No. 56 |
| **Joinder of Chrisman Acquisitions, LLC and Lindsayca Inc. to Motion to Dismiss** | ECF No. 69 |
| **Response to Defendants' Motion to Dismiss for Failure to State a Claim** | ECF No. 77 |
| **Motion to Enforce Prior Order** | ECF No. 78 |
| **Response to the Fuentes' Parties' Motion to Enforce Prior Order** | ECF No. 85 |

Plaintiff reserves the right to supplement, amend or delete any witness and exhibits prior to the Hearing. Plaintiff also reserves the right to (a) ask the Court to take judicial notice of any document, (b) introduce exhibits previously admitted and (c) introduce any exhibit necessary or appropriate to necessary to rebut the testimony of any witnesses called or designated by any other party or an exhibit introduced or designated by any other party.

Dated: March 4, 2024

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By: */s/ David N. Calvillo*
David N. Calvillo
Texas Bar No. 03673000
Tara T. LeDay
Texas Bar No. 24106701
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
E: david.calvillo@chamberlainlaw.com
    tara.leday@chamberlainlaw.com

and

**HERRERA LAW**

Lauren N. Herrera
Texas Bar No. 24092720
4601 Washington Avenue, Suite 200
Houston, Texas 77007
T: (713) 609-1134
E: lherrera@theherreralaw.com

*Counsel for Plaintiff*